DAWN NEWTON (SBN 209002)
FITZGERALD, ABBOTT & BEARDSLEY, LLP
1221 Broadway, 21st Floor
Oakland, CA 94612
Telephone: (510) 451-3300
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - (OAKLAND)

Plaintiff : NFL PROPERTIES LLC and THE OAKLAND RAIDERS
Defendant : NATION'S FOODSERVICE, INC.

Ref#: 301069          *    **PROOF OF SERVICE**    *   Case No.: C11-05818 NC

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL ACTION; COMPLAINT; DISCLOSURE STATEMENT UNDER FEDERAL RULE 7.1; ORDER SETTING INITIAL CASE MANAGMENT CONFERENCE AND ADR DEADLINES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; ECF REGISTRATION INFORMATION HANDOUT; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA

in the within action by personally delivering true copies thereof to the person named below, as follows:

| | | |
|---|---|---|
| Party served | : | NATION'S FOODSERVICE, INC., dba Nation's Giant Hamburgers |
| By serving | : | David Balot, Agent for Service |
| Address | : | (Business) 11090 San Pablo Avenue #200 El Cerrito, CA 94530 |
| Date of Service: | | December 5, 2011 |
| Time of Service: | | 1:30 PM |

Person who served papers:
JAMES E. MACDONALD
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $139.50
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 1210
(iii) County: San Francisco

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: December 5, 2011                    Signature _James E. MacDonald_