Andrew P. Bridges, Cal. Bar No. 122761
*abridges@fenwick.com*
Jedediah Wakefield, Cal. Bar No. 178058
*jwakefield@fenwick.com*
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  (415) 875-2300
Facsimile:  (415) 281-1350

Vijay K. Toke, Cal. Bar No. 215079
*vijay@hiaringsmith.com*
Kathy Dong, Cal. Bar No. 267611
*kathy@hiaringsmith.com*
HIARING + SMITH, LLP
101 Lucas Valley Road, Suite 300
San Rafael, CA 94903
Telephone:  (415) 457-2040
Facsimile:   (415) 457-2822

Attorneys for Defendant
NATION'S FOODSERVICE, INC.
d/b/a Nation's Giant Hamburgers

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NFL PROPERTIES LLC and THE OAKLAND RAIDERS,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>NATION'S FOODSERVICE, INC. d/b/a Nation's Giant Hamburgers,<br><br>　　　　　　　　　Defendant. | Case No.: C 11-05818 NC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT OF NFL PROPERTIES LLC AND THE OAKLAND RAIDERS** |

Pursuant to Civil Local Rule 6-1, Plaintiffs NFL Properties LLC and The Oakland Raiders ("Plaintiffs") and Defendant Nation's Foodservice, Inc., d/b/a Nation's Giant Hamburgers ("Nation's") hereby stipulate to extend the time Nation's has to respond to the Complaint to January 17, 2012. The requested extension, the first extension in the case, will not alter the date of any event or any deadline fixed by any Court order.

                                              Respectfully submitted,

DATED: December 27, 2011               FENWICK & WEST LLP

                                          By: /s/ Andrew P. Bridges
                                                Andrew P. Bridges
                                                Jedediah Wakefield

                                                Attorneys for Defendant
                                                NATION'S FOODSERVICE, INC.
                                                d/b/a Nation's Giant Hamburgers

DATED: December 27, 2011               FITZGERALD, ABBOT
                                                & BEARDSLEY LLP

                                                By: /s/
                                                David C. Lee
                                                Fitzgerald, Abbot & Beardsley LLP

                                                Attorneys for Plaintiffs NFL
                                                PROPERTIES LLC and THE
                                                OAKLAND RAIDERS

                                                Andrew P. Bridges hereby certifies that
                                                he has obtained the concurrence of
                                                David C. Lee to this filing.