Andrew P. Bridges, Cal. Bar No. 122761
*abridges@fenwick.com*
Jedediah Wakefield, Cal. Bar No. 178058
*jwakefield@fenwick.com*
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  (415) 875-2300
Facsimile:   (415) 281-1350

Vijay K. Toke, Cal. Bar No. 215079
*vijay@hiaringsmith.com*
Kathy Dong, Cal. Bar No. 267611
*kathy@hiaringsmith.com*
HIARING + SMITH, LLP
101 Lucas Valley Road, Suite 300
San Rafael, CA 94903
Telephone:  (415) 457-2040
Facsimile:   (415) 457-2822

Attorneys for Defendant
NATION'S FOODSERVICE, INC.
d/b/a Nation's Giant Hamburgers

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NFL PROPERTIES LLC and THE OAKLAND RAIDERS,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>NATION'S FOODSERVICE, INC. d/b/a Nation's Giant Hamburgers,<br><br>                    Defendant. | Case No.: C 11-05818 NC<br><br>**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS, CIVIL L. R. 3-16** |

Pursuant to Local Rule ("L. R.") 3-16 of the Civil Local Rules of the District Court for the Northern District of California, Defendant Nation's Foodservice, Inc. d/b/a Nation's Giant Hamburgers hereby files the following Certificate of Interested Entities or Persons.

Pursuant to Civil L. R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Respectfully submitted,

DATED: December 27, 2011   FENWICK & WEST LLP

By: /s/ Andrew P. Bridges
Andrew P. Bridges
Jedediah Wakefield

Attorneys for Defendant
NATION'S FOODSERVICE, INC.
d/b/a Nation's Giant Hamburgers