1  Andrew P. Bridges, Cal. Bar No. 122761
   *abridges@fenwick.com*
2  Jedediah Wakefield, Cal. Bar No. 178058
   *jwakefield@fenwick.com*
3  FENWICK & WEST LLP
4  555 California Street, 12th Floor
   San Francisco, CA  94104
5  Telephone:  (415) 875-2300
   Facsimile:   (415) 281-1350
6

7  Vijay K. Toke, Cal. Bar No. 215079
   *vijay@hiaringsmith.com*
8  Kathy Dong, Cal. Bar No. 267611
   *kathy@hiaringsmith.com*
9  HIARING + SMITH, LLP
   101 Lucas Valley Road, Suite 300
10 San Rafael, CA 94903
   Telephone:  (415) 457-2040
11 Facsimile:   (415) 457-2822

12 Attorneys for Defendant
   NATION'S FOODSERVICE, INC.
13 d/b/a Nation's Giant Hamburgers

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NFL PROPERTIES LLC and THE OAKLAND RAIDERS, <br><br>            Plaintiffs, <br><br>    vs. <br><br>NATION'S FOODSERVICE, INC. d/b/a Nation's Giant Hamburgers, <br><br>            Defendant. | Case No.: C 11-05818 NC <br><br> **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

  The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

                 Respectfully submitted,

DATED:  December 27, 2011     FENWICK & WEST LLP

             By:  /s/ Andrew P. Bridges
               Andrew P. Bridges
               Jedediah Wakefield

               Attorneys for Defendant
               NATION'S FOODSERVICE, INC.
               d/b/a Nation's Giant Hamburgers

.