Andrew P. Bridges, Cal. Bar No. 122761
*abridges@fenwick.com*
Jedediah Wakefield, Cal. Bar No. 178058
*jwakefield@fenwick.com*
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  (415) 875-2300
Facsimile:   (415) 281-1350

Vijay K. Toke, Cal. Bar No. 215079
*vijay@hiaringsmith.com*
Kathy Dong, Cal. Bar No. 267611
*kathy@hiaringsmith.com*
HIARING + SMITH, LLP
101 Lucas Valley Road, Suite 300
San Rafael, CA 94903
Telephone:  (415) 457-2040
Facsimile:   (415) 457-2822

Attorneys for Defendant
NATION'S FOODSERVICE, INC.
d/b/a Nation's Giant Hamburgers

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NFL PROPERTIES LLC and THE OAKLAND RAIDERS,<br><br>            Plaintiffs,<br><br>     vs.<br><br>NATION'S FOODSERVICE, INC. d/b/a Nation's Giant Hamburgers,<br><br>            Defendant. | Case No.: C 11-05818 NC<br><br>**CORPORATE DISCLOSURE STATEMENT, FED. R. CIV. PROC. 7.1** |

1      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Nation's Foodservice, Inc. d/b/a Nation's Giant Hamburgers ("Nation's") hereby files the following Corporate Disclosure Statement.

     Nation's hereby states that it is a corporation organized under the laws of California, and does not have a parent company, nor does a publicly traded company hold more than 10% of its stock.

     A supplemental disclosure statement will be filed upon any change in the information provided herein.

                                                               Respectfully submitted,

DATED: December 27, 2011             FENWICK & WEST LLP

                                                  By: /s/ Andrew P. Bridges
                                                          Andrew P. Bridges
                                                          Jedediah Wakefield

                                                          Attorneys for Defendant
                                                          NATION'S FOODSERVICE, INC.
                                                          d/b/a Nation's Giant Hamburgers