**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                              General Court Number
Clerk                                                                           415.522.2000

**January 3, 2012**

**CASE NUMBER:  CV 11-05818 NC**
**CASE TITLE:  NFL PROPERTIES LLC-v-NATION'S FOODSERVICE, INC.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable JEFFREY S. WHITE** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JSW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 1/3/12

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                                Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                           Entered in Computer 1/3/12 MAB

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                  Transferor CSA