RECEIVED
2011 DEC 28 P 2:04
RICHARD W. WIEKING
DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NFL PROPERTIES LLC and THE OAKLAND RAIDERS,

    Plaintiff,

v.

NATION'S FOODSERVICE, INC., d/b/a Nation's Giant Hamburgers,

    Defendant.

CASE NO. 3:11-cv-05818-NC

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Bruce P. Keller, Esq., whose business address and telephone number is Debevoise & Plimpton, 919 Third Avenue, New York, New York 10022, (212) 909-6000, and who is an active member in good standing of the bar of the State of New York, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing NFL Properties and The Oakland Raiders.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: ~~December __, 2011~~ January 4, 2012

*/s/ Jeffrey S. White*
~~Nathanael Cousins~~
~~United States Magistrate~~ District Judge