# PROOF OF SERVICE - F.R.C.P. §5

I, the undersigned, declare: I am employed in the County of Alameda, State of California. I am over the age of 18 and not a party to the within action. I am employed by Fitzgerald Abbot & Beardsley LLP, located at 1221 Broadway, 21st Floor, Oakland, CA 94612.

On January 4, 2012, I served a true and correct copy of the following document(s):

**ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

on the following interested parties, by causing service by the method indicated below:

| | |
|---|---|
| Andrew P. Bridges, #122761<br>Jedediah Wakefield, #178058<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 9410<br>Telephone: (415) 875-2300<br>Facsimile: (415) 281-1350<br>E-Mail: abridges@fenwick.com;<br>jwakefield@fenwick.com<br><br>***Attorneys for Defendant Nation's Foodservice, Inc.*** | Vijay K. Toke, #215079<br>Kathy Dong, # 267611<br>HIARING & SMITH, LLP<br>101 Lucas Valley Road, Suite 300<br>San Rafael, CA 94903<br>Telephone: (415) 457-2040<br>Facsimile: (415) 457-2822<br>E-Mail: vijay@hiaringsmith.com;<br>Kathy@hiaringsmith.com<br><br>***Attorneys for Defendant Nation's Foodservice, Inc.*** |

| | |
|---|---|
| X | U.S. Mail - By placing a copy of said document(s) in a sealed envelope addressed as stated above, with postage thereon fully prepaid, and depositing said envelope today with the U.S. Postal Service, following this firm's business practices. |
| | Overnight Delivery - By placing a copy of said document(s) in a sealed pre-paid overnight envelope or package and depositing said envelope or package today in a box or other facility regularly maintained by the express service carrier, following this firm's business practices. |
| | By Personal Service - I caused such document(s) in an envelope or package clearly labeled to identify the attorney/party located at the office(s) of the addressee(s) stated above to be delivered by hand. |
| | Facsimile - By placing a true copy thereof into a facsimile machine to the fax number stated above, as agreed upon, in writing, by the parties. |
| | Email - By placing a true copy thereof into .pdf format and forwarding via email. |

I declare under the penalty of perjury under laws of the State of California that the foregoing is true and correct. Executed on January 4, 2012 at Oakland, California.

_____
Craig Schillig

ORDER SETTING CASE MANAGEMENT CONFERENCE

1/4/12 (27986) #437943.1