| | |
|---|---|
| 1 | Andrew P. Bridges, Cal. Bar No. 122761 |
| 2 | *abridges@fenwick.com*<br>Jedediah Wakefield, Cal. Bar No. 178058 |
| 3 | *jwakefield@fenwick.com*<br>Eric Ball, Cal. Bar No. 241327 |
| 4 | *eball@fenwick.com* |
| 5 | FENWICK & WEST LLP<br>555 California Street, 12th Floor |
| 6 | San Francisco, CA  94104<br>Telephone:  (415) 875-2300 |
| 7 | Facsimile:   (415) 281-1350 |
| 8 | Vijay K. Toke, Cal. Bar No. 215079 |
| 9 | *vijay@hiaringsmith.com*<br>Kathy Dong, Cal. Bar No. 267611 |
| 10 | *kathy@hiaringsmith.com*<br>HIARING + SMITH, LLP |
| 11 | 101 Lucas Valley Road, Suite 300<br>San Rafael, CA 94903 |
| 12 | Telephone:  (415) 457-2040<br>Facsimile:   (415) 457-2822 |
| 13 | Attorneys for Defendant |
| 14 | NATION'S FOODSERVICE, INC.<br>d/b/a Nation's Giant Hamburgers |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NFL PROPERTIES LLC and<br>THE OAKLAND RAIDERS,<br><br>                            Plaintiffs,<br><br>     vs.<br><br>NATION'S FOODSERVICE, INC. d/b/a<br>Nation's Giant Hamburgers,<br><br>                            Defendant. | Case No.: C 11-05818 NC<br><br>**FOURTH STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT OF NFL PROPERTIES LLC AND THE OAKLAND RAIDERS** |

1
2  Pursuant to Civil Local Rule 6-1, Plaintiffs NFL Properties LLC and The Oakland
3  Raiders ("Plaintiffs") and Defendant Nation's Foodservice, Inc., d/b/a Nation's Giant
4  Hamburgers ("Nation's") hereby stipulate to extend the time Nation's has to respond to the
5  Complaint, filed December 2, 2011, for seven (7) days, until February 21, 2012.  The requested
6  extension, the fourth extension in the case, will not alter the date of any event or any deadline
7  fixed by any Court order.
8                                              Respectfully submitted,
9  DATED:  February 14, 2012                   FENWICK & WEST LLP
10
11                                             By:  /s/ Eric Ball
                                                  Andrew P. Bridges
12                                                Jedediah Wakefield
                                                  Eric Ball
13
14                                                Attorneys for Defendant
                                                  NATION'S FOODSERVICE, INC.
15                                                d/b/a Nation's Giant Hamburgers
16
17 DATED:  February 14, 2012                   DEBEVOISE & PLIMPTON
18
19
                                               By:  /s/ Bruce P. Keller
20                                                Bruce P. Keller
                                                  Debevoise & Plimpton
21
22                                                Attorneys for Plaintiffs NFL
                                                  PROPERTIES LLC and THE
23                                                OAKLAND RAIDERS
24
25
26
27
28