UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NFL PROPERTIES LLC and THE OAKLAND RAIDERS,<br><br>            Plaintiffs,<br><br>against<br><br>NATION'S FOODSERVICE, INC., d/b/a Nation's Giant Hamburgers,<br><br>            Defendant. | Case No. C11-05818 NC ADR<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and among plaintiffs NFL Properties LLC and the Oakland Raiders and defendant Nation's Foodservice, Inc., by their undersigned counsel, as follows:

**1.**  Any and all claims asserted herein by plaintiffs shall be dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

**2.**  This dismissal shall be without costs or fees.

**3.**  This stipulation may be filed without further notice with the Clerk of the Court.

**4.**  The Court shall retain jurisdiction over any disputes relating to the resolution of this matter.

| | | |
|---|---|---|
| 1 | Dated: March 8, 2012 | NFL PROPERTIES LLC and THE OAKLAND RAIDERS |
| 2 | | |
| 3 | | By /s/ *Bruce P. Keller* <br> Bruce P. Keller (*admitted pro hac vice*) |
| 4 | | DEBEVOISE & PLIMPTON <br> 919 Third Avenue <br> New York, New York 10022 |
| 5 | | Telephone: (212) 909-6000 |
| 6 | | |
| 7 | Dated: March 8, 2012 | NATION'S FOODSERVICE, INC., d/b/a NATION'S GIANT HAMBURGERS |
| 8 | | |
| 9 | | By: /s/ *Andrew P. Bridges* <br> Andrew P. Bridges |
| 10 | | FENWICK & WEST LLP <br> 555 California Street, 12th Floor |
| 11 | | San Francisco, California 94104 <br> Telephone: (415) 875-2389 |
| 12 | | |
| 13 | **IT IS SO ORDERED**: | |
| 14 | Dated: March ____, 2012 | |
| 15 | | Honorable Jeffrey White <br> United States District Court Judge |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE     2     CASE NO. . C11-05818 NC ADR