UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NFL PROPERTIES LLC and<br>THE OAKLAND RAIDERS,<br><br>            Plaintiffs,<br><br>against<br><br>NATION'S FOODSERVICE, INC.,<br>d/b/a Nation's Giant Hamburgers,<br><br>            Defendant. | Case No. C11-05818 NC ADR<br><br>**STIPULATION AND [PROPOSED]<br>ORDER OF DISMISSAL WITH<br>PREJUDICE** |

IT IS HEREBY STIPULATED by and among plaintiffs NFL Properties LLC and the Oakland Raiders and defendant Nation's Foodservice, Inc., by their undersigned counsel, as follows:

1. Any and all claims asserted herein by plaintiffs shall be dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

2. This dismissal shall be without costs or fees.

3. This stipulation may be filed without further notice with the Clerk of the Court.

4. ~~The Court shall retain jurisdiction over any disputes relating to the resolution of this matter.~~

| | | |
|---|---|---|
| 1 | Dated: March 8, 2012 | NFL PROPERTIES LLC and THE OAKLAND RAIDERS |
| 2 | | |
| 3 | | By  /s/ *Bruce P. Keller*<br>Bruce P. Keller (*admitted pro hac vice*)<br>DEBEVOISE & PLIMPTON |
| 4 | | 919 Third Avenue<br>New York, New York 10022 |
| 5 | | Telephone: (212) 909-6000 |
| 6 | | |
| 7 | Dated: March 8, 2012 | NATION'S FOODSERVICE, INC., d/b/a NATION'S GIANT HAMBURGERS |
| 8 | | |
| 9 | | By:  /s/ *Andrew P. Bridges*<br>Andrew P. Bridges |
| 10 | | FENWICK & WEST LLP<br>555 California Street, 12th Floor |
| 11 | | San Francisco, California 94104<br>Telephone: (415) 875-2389 |
| 12 | | |
| 13 | **IT IS SO ORDERED**: | |
| 14 | Dated: March 9, 2012 | /s/ Jeffrey S. White |
| 15 | | Honorable Jeffrey White<br>United States District Court Judge |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE      2      CASE NO. . C11-05818 NC ADR